## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00244-CV
_____

## IN RE COMMITMENT OF WILLIAM CYRUS SCOTT

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-10-10849-CV**

## ORDER

The appellant filed a motion for extension of time to file his brief. His request for preparation of a reporter's record requested that a record of all pre-trial hearings be prepared but did not specify the dates of those hearings. The motion for extension of time identifies several hearings that were conducted in his case but which have not been included in the appellate record.

It is, therefore, ORDERED that a supplemental record be prepared of the following hearings conducted in Cause No. 11-10-10849-CV:

1

- November 1, 2011, on Scott's motion to represent himself *pro se*;

- November 18, 2011, on State Counsel for Offender's motion to withdraw;

- December 29, 2011, on motion to compel deposition;

- January 11, 2012, on motion to compel responses to requests for admissions;

- February 29, 2012, on pre-trial motions;

- March 5, 2012, on pre-trial motions.

The supplemental reporter's record containing the above-referenced hearings shall be filed with the Court of Appeals by March 25, 2013.  The brief of the appellant is due thirty days after the supplemental reporter's record is filed.

ORDER ENTERED February 21, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.